## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| Oaktree Medical Centre, PC, ) | |
| ) | Case No. 19-05155-dd |
| Debtor. ) | |
| ) | |
| John K. Fort, Trustee, ) | |
| ) | **STIPULATION OF DISMISSAL AS TO** |
| Plaintiff, ) | **CERTAIN DEFENDANTS** |
| ) | |
| vs. ) | |
| ) | Adversary Proceeding No.: 21-80057-dd |
| Aaron Kibbey, individually and as Chief ) | |
| Restructuring Officer of Oaktree Medical ) | |
| Centre, PC; Timothy Daileader, ) | |
| individually and as Independent Director of ) | |
| Oaktree Medical Centre, PC; Huron ) | |
| Consulting Services, LLC aka Huron ) | |
| Consulting Group; Mark Freedlander; ) | |
| David Pivnick; and McGuireWoods LLP, ) | |
| ) | |
| Defendants. ) | |

Pursuant to FRCP 41(a)(1) (Bankruptcy Rule 7041), the undersigned parties to this action hereby stipulate that this case be dismissed *with* prejudice as the following Defendants: Aaron Kibbey, individually and as Chief Restructuring Officer of Oaktree Medical Centre, PC, and Huron Consulting Services, LLC aka Huron Consulting Group.

(Signature page follows)

1

**WE CONSENT TO THE FOREGOING:**

/s/ Joshua J. Hudson
Joshua J. Hudson (SC Bar # 100311)
Smith Hudson Law, LLC
200 N. Main Street, Suite 301C
Greenville, South Carolina 29601
*Attorney for Plaintiff*

December 15, 2022

/s/ Weyman C. Carter
Weyman C. Carter (SC Bar # 5218)
Burr & Forman LLP
Post Office Box 447
Greenville, South Carolina 29602-0447
*Attorney for Defendants Aaron Kibbey, individually and as Chief Restructuring Officer of Oaktree Medical Centre, PC and Huron Consulting Services, LLC aka Huron Consulting Group*

December 15, 2022