**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| IN RE: | |
| **OAKTREE MEDICAL CENTRE, LLC** | **CASE NO. 19-05154** |
| **OAKTREE MEDICAL CENTRE, P.C.** | **CASE NO. 19-05155** |
| **LABSOURCE, LLC** | **CASE NO. 19-05161** |
| **DEBTORS** | **CHAPTER 7** |
| **JOHN K. FORT, TRUSTEE** | |
| **PLAINTIFF** | |
| vs. | |
| **TIMOTHY DAILEADER, individually and as Independent Director of Oaktree Medical Centre, P.C.; MARK FREEDLANDER; DAVID PIVNICK; and MCGUIREWOODS, LLP** | **ADVERSARY PROCEEDING NOS.**<br>**21-80057**<br>**21-80058**<br>**21-80059**<br>**(Substantively Consolidated)** |
| **DEFENDANTS** | |

**ORDER CONSOLIDATING ADVERSARY PROCEEDINGS**

This matter was raised by the court *sua sponte* at a status conference conducted on July 10, 2023 in Greenville, South Carolina, and with the consent of counsel for all parties, the court determined that Adversary Proceeding No. 21-80057 ("Oaktree Medical Centre, P.C. Action"), Adversary Proceeding No. 21-80058, and Adversary Proceeding No. 21-80059 (collectively, "Adversary Proceedings") should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, made applicable to the Adversary Proceedings by Rule 7042 of the Federal Rules of Bankruptcy Procedure.

In addition, the caption for the Adversary Proceedings should be amended to reflect the dismissal of Aaron Kibbey, individually and as Chief Restructuring Officer of Oaktree Medical Centre, P.C. and Huron Consulting Services, LLC aka Huron Consulting Group; now therefore,

It is ORDERED, ADJUDGED, and DECREED as follows:

1. The Adversary Proceedings be, and hereby are, consolidated; and

2. The Oaktree Medical Centre, P.C. Action be, and hereby is, designated as the lead adversary proceeding, and all pleadings and other papers filed in the Adversary Proceedings shall be docketed henceforth in the Oaktree Medical Centre, P.C. Action using a caption as stated above.

**FILED BY THE COURT**
**07/11/2023**



David M. Warren
US Bankruptcy Judge    ©
District of South Carolina

Entered: 07/11/2023