**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Oaktree Medical Centre, LLC,<br>Oaktree Medical Centre, PC,<br>Labsource, LLC,<br><br>　　　　　　　　　Debtors. | Case No.: 19-05154-dw<br>Case No.: 19-05155-dw<br>Case No.: 19-05161-dw<br>Chapter 7 |
| JOHN K. FORT, Trustee,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY DAILEADER, individually and as Independent Director of Oaktree Medical Centre, P.C.; MARK FREEDLANDER; and MCGUIREWOODS, LLP,<br><br>　　　　　　　　　Defendants. | Adversary Proceeding Nos.:<br>21-80057<br>21-80058<br>21-80059<br>(Substantively Consolidated) |

**SETTLEMENT ORDER**

　　　This matter comes before me upon the Motion to Approve Settlement filed on October 13, 2023, by John K. Fort as Trustee, seeking approval from the Court of the following settlement terms in full and complete settlement of all claims or potential claims that could arise by and between the parties therein, including but not limited to those set forth in the above-captioned adversary proceedings:

　　　Defendants shall pay to the Trustee the sum of Six Hundred Fifty Thousand and no/100 Dollars ($650,000.00) (the "Settlement Amount") pursuant to the terms of the Settlement Agreement attached to the Trustee's Motion and incorporated herein by reference, with the sum of Five Hundred Twenty Thousand and no/100 Dollars ($520,000.00) paid to John K. Fort as Trustee of Oaktree Medical Centre, PC and the sum of One Hundred Thirty Thousand and no/100 Dollars ($130,000.00) will be paid to John K. Fort as Trustee of Labsource, LLC. None of the Settlement Amount will be paid to the Oaktree Medical Centre, LLC estate.

　　　The Court has been informed that all Creditors and Parties-in-Interest have been noticed of the terms of this compromise and settlement and that no objections have been filed with the Court. I, therefore, find that good cause has been shown and accordingly,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the settlement terms be and hereby are approved and be the Order of the Court.

**FILED BY THE COURT**
**12/07/2023**



*David M. Warren*
US Bankruptcy Judge    ©
District of South Carolina

Entered: 12/07/2023